

Representing Management Exclusively in \_

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BERKELEY HEIGHTS, NJ
BIRMINGHAM, AL
BOSTON, MA
CHARLOTTE, NC
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DAYTON, OH
DENVER, CO

DETROIT, MI
GRAND RAPID
GREENVILLE,
HARTFORD, C
HONOLULU, H
HOUSTON, TX
INDIANAPOLIS
JACKSONVILL
KANSAS CITY
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MADISON, WI
MEMPHIS, TN
MIAMI, FL

PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI

SILICON VALLEY, CA
ST. LOUIS, MO
TAMPA, FL
WASHINGTON, DC REGION
WHITE PLAINS, NY

*through an affiliation with Jackson Lewis P.C., a Law Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2020

DIRECT DIAL: (914) 872-6893
EMAIL ADDRESS: REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

March 5, 2020

**VIA ECF & VIA Torres_NYSDCHAMBERS@nysd.uscourts.gov**
The Honorable Analisa Torres
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: **Joseph Guglielmo v. Swap.com, Inc.**
           **Case No. 20-cv-00195 (AT)**

Dear Judge Torres:

  This firm represents Defendant, Swap.com, Inc., in the above-referenced matter. This letter is written pursuant to Rule 1(C) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from March 6, 2020 through and including April 6, 2020 and the adjournment of the initial conference presently scheduled for March 9, 2020.

  Plaintiff's counsel consents to these request. These requests are made as the parties have engaged in productive settlement discussions and would like more time to resolve this matter without further intervention from this court.

  This is Defendant's second request for an extension of the deadline to respond to Plaintiff's complaint. No other deadlines have been scheduled in this case.

  Thank you for your consideration of this request.

GRANTED in part, DENIED in part. By **March 31, 2020**, Defendant shall answer or otherwise respond to the complaint. No further extensions shall be granted absent compelling reasons.

The initial pretrial conference scheduled for March 9, 2020 is ADJOURNED to **April 13, 2020** at **12:20 p.m.** By **April 6, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: March 5, 2020
   New York, New York

Respectfully submitted,

JACKSON LEWIS P.C.

By: /s/ Rebecca M. McCloskey
   Rebecca M. McCloskey

ANALISA TORRES
United States District Judge